IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-271 |
| vs. | ORDER |
| DANIEL LLOYD | |
| Defendant. | |

This matter is before the Court on Defendant's Notice of Appeal, Filing 109. Defendant has not submitted an application to proceed in forma pauperis on appeal or paid the appellate filing fee, nor has Defendant previously been granted in forma pauperis status. *See* Fed. R. App. P. 24. Accordingly,

IT IS ORDERED:

1. Defendant shall have until September 27, 2021, in which to either pay the appellate filing fee or submit a motion for leave to proceed in forma pauperis on appeal; and

2. The Clerk of the Court is directed to set a case management deadline in this matter with the following text: September 27, 2021: Deadline to submit IFP on appeal or pay filing fee.

Dated this 27th day of August, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge