IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-271 |
| vs. | |
| DANIEL LLOYD, | **ORDER** |
| Defendant. | |

    This matter is before the Court on Defendant's Motion to Proceed In Forma Pauperis on Appeal. Filing 114.

    Defendant Daniel Lloyd pled guilty to distribution of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1), and the Court sentenced him to thirty-five months' imprisonment on June 10, 2020. Filing 85. Proceeding pro se, between January 20, 2021, and February 23, 2021, Lloyd filed, and the Court denied, three motions for release to home confinement. Filing 89; Filing 90; Filing 91; Filing 92; Filing 93; Filing 94. Lloyd then filed three motions for compassionate release and a motion to reduce his sentence. Filing 95; Filing 100; Filing 102; Filing 106. The Court denied each of these motions as well. Filing 97; Filing 101; Filing 103; Filing 108.

    On August 23, 2021, Lloyd filed a Notice of Appeal, Filing 109, challenging the Court's denial of his motion for compassionate release. On August 27, 2021, the Court gave him until September 27, 2021 to pay his filing fee or move for leave to pursue his appeal in forma pauperis. Filing 112. Lloyd has since filed the present motion and an affidavit sufficiently detailing his inability to pay, a claim of entitlement to redress, and the issues he intends to present on appeal, in accordance with Fed. R. App. P. 24(a)(1). *See* Filing 114; Filing 116; Filing 117. Accordingly,

    IT IS ORDERED:

1. Defendant's Motion to Proceed In Forma Pauperis on Appeal (Filing 114) is granted; and

2. The Clerk of the Court shall terminate Filing 116 as moot.

Dated this 24th day of September, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge