IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DANIEL LLOYD,<br>      Defendant. | 8:18-CR-271<br><br>**ORDER** |

  This matter is before the Court on Plaintiff's Motion to Dismiss, Filing 160, seeking dismissal of the defendant's Petition for Warrant or Summons for Offender Under Supervision, Filing 148. The Court finds the motion should be granted. Accordingly,

  IT IS ORDERED that the United States' Motion to dismiss, Filing 160, is granted, and the Petition for Warrant or Summons for Offender Under Supervision, Filing 148, is dismissed.

  Dated this 11th day of March, 2025.

                BY THE COURT:

                _____
                Brian C. Buescher
                United States District Judge